UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS M. SMITH,

    Plaintiff,

v.

DALE EDDINGS, RICHARD PHILLIPS, KENNY BENZING, RICH STEVENSON, TROY REED, SHERIFF GARDEN, LEITH SMITH, DANIELLE WARD, and ADVANCED HEALTH CARE, INC.,

    Defendants.

Case No. 22-cv-442-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on a stipulation of dismissal (doc. 41). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a signed stipulation of dismissal OF ALL CLAIMS BETWEEN THEM. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

DATED: 3/22/2024

                                        *s/J. Phil Gilbert*
                                        UNITED STATES DISTRICT JUDGE