UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS M. SMITH,<br><br>     Plaintiff,<br><br>  v.<br><br>DALE EDDINGS, RICHARD PHILLIPS, KENNY BENZING, RICH STEVENSON, TROY REED, SHERIFF GARDEN, LEITH SMITH, DANIELLE WARD, and ADVANCED HEALTH CARE, INC.,<br><br>     Defendants. | Case No. 22-cv-442-JPG |

## **JUDGMENT**

     This matter having come before the Court, the parties having stipulated to dismissal of some claims, and the Court having rendered a decision as to others,

     IT IS HEREBY ORDERED AND ADJUDGED that all claims (Counts 1, 2, and 4) by plaintiff Thomas M. Smith against defendants Dale Eddings, Richard Phillips, and Leith Smith are dismissed with prejudice; and

     IT IS FURTHER ORDERED AND ADJUDGED that all claims (including Counts 3, 5, and 6) by plaintiff Thomas M. Smith against defendants Kenny Benzing, Rich Stevenson, Troy Reed, Sheriff Garden, Danielle Ward, and Advanced Health Care, Inc. are dismissed without prejudice.

                                          **MONICA A. STUMP, Clerk of Court**

**Dated:  March 22, 2024**                              <u>s/Tina Gray, Deputy Clerk</u>


**Approved:**     <u>s/ J. Phil Gilbert</u>
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**